UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

George Moore
                              Plaintiff,

v.                                                      Case No.: 1:21−cv−03175
                                                             Honorable Robert W. Gettleman

Glutality Health Management, LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 8, 2021:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion for Clerk's entry of default [3] is granted and an order of default is entered against defendant Glutality Health Management, LLC. Plaintiff is directed to notify defendant by mail of this order. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.